| | |
|---|---|
| 1 | ALAN J. LAZARUS (State Bar No. 129767) |
| 2 | KRISTA L. COSNER (State Bar No. 213338) |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |

**ORIGINAL FILED**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDY NABERS;
LINDA NAQUIN; JIM D. NIECE; GENE
OWEN; GENEVIEVE PADDIO; KATHY
PARCHMAN; RAMON PAULSEN;
TEDDY POTTS; RALPH PRIM;
CYNTHIA REED; DAVID RIDENOUR;
RICKEY L. ROBERTS; ROGER
ROBINETT; DANNY ROBINSON;
BILLY ROE; MARY ROE; EDWARD
ROGERS; JAMES ROSE; PATRICIA A.
RUSSELL; MARK RUTHERFORD;
SHERMAN SEATON,

    Plaintiffs,

    v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

    Defendants.

Case No. 08 2661

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant,

---

SF1\400712\1     DISCLOSURE STATEMENT OF GLAXOSMITHKLINE     CASE NO.

1 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No
2 | publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

3
4  Dated: May 27, 2008                              DRINKER BIDDLE & REATH LLP
5
6                                                   _____
                                                    KRISTA L. COSNER
7
                                                    Attorneys for Defendant
8                                                   SMITHKLINE BEECHAM
                                                    CORPORATION d/b/a
                                                    GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400712\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                    CASE NO.

2