ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY NABERS; LINDA NAQUIN; JIM D. NIECE; GENE OWEN; GENEVIEVE PADDIO; KATHY PARCHMAN; RAMON PAULSEN; TEDDY POTTS; RALPH PRIM; CYNTHIA REED; DAVID RIDENOUR; RICKEY L. ROBERTS; ROGER ROBINETT; DANNY ROBINSON; BILLY ROE; MARY ROE; EDWARD ROGERS; JAMES ROSE; PATRICIA A. RUSSELL; MARK RUTHERFORD; SHERMAN SEATON, <br><br>Plaintiffs, <br><br>v. <br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br>Defendants. | Case No. <br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br>[CIV. L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this

1  proceeding:

2      Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

3  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

4  ultimate parent corporation.

5

6  Dated: May 27, 2008          DRINKER BIDDLE & REATH LLP

7

8                                         KRISTA L. COSNER

9                                         Attorneys for Defendant
                                       SMITHKLINE BEECHAM
10                                       CORPORATION d/b/a
                                       GLAXOSMITHKLINE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400713\1

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      CASE NO.