ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED
E-filing
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDY NABERS;
LINDA NAQUIN; JIM D. NIECE; GENE
OWEN; GENEVIEVE PADDIO; KATHY
PARCHMAN; RAMON PAULSEN;
TEDDY POTTS; RALPH PRIM;
CYNTHIA REED; DAVID RIDENOUR;
RICKEY L. ROBERTS; ROGER
ROBINETT; DANNY ROBINSON;
BILLY ROE; MARY ROE; EDWARD
ROGERS; JAMES ROSE; PATRICIA A.
RUSSELL; MARK RUTHERFORD;
SHERMAN SEATON,

    Plaintiffs,

    v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

    Defendants.

Case No.

**DEMAND FOR JURY TRIAL**

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE hereby demands trial by jury in this action.

///

///

///

1  Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

*[signature]*

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE