1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5  Alan.Lazarus@dbr.com
   Krista.Cosner@dbr.com

6  Attorneys for Defendants
7  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
8  CORPORATION

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY NABERS; LINDA NAQUIN; JIM D. NIECE; GENE OWEN; GENEVIEVE PADDIO; KATHY PARCHMAN; RAMON PAULSEN; TEDDY POTTS; RALPH PRIM; CYNTHIA REED; DAVID RIDENOUR; RICKEY L. ROBERTS; ROGER ROBINETT; DANNY ROBINSON; BILLY ROE; MARY ROE; EDWARD ROGERS; JAMES ROSE; PATRICIA A. RUSSELL; MARK RUTHERFORD; SHERMAN SEATON,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. C-08-02661 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2     The undersigned parties hereby decline to consent to the assignment of this case to
3  a United States Magistrate Judge for trial and disposition and hereby request the
4  reassignment of this case to a United States District Judge.

Dated: June 6, 2008                                      DRINKER BIDDLE & REATH LLP

                                                         /S/ Krista L. Cosner
                                                         KRISTA L. COSNER

                                                         Attorneys for Defendants
                                                         SMITHKLINE BEECHAM
                                                         CORPORATION d/b/a
                                                         GLAXOSMITHKLINE and McKESSON
                                                         CORPORATION