1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY NABERS, et al.

         Plaintiffs,

  v.

SMITH KLINE BEECHAM CORP., et al.
         Defendants,
_____/

NO. CV 08-02661 SBA

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY**

On **05/27/08,** counsel for **SmithKline Beecham Corporation** filed a **Notice of Removal [1], Declaration of Krista L. Cosner in Support of Notice of Removal [2], Notice of Pendency [3], Disclosure Statement [4], Certificate of Interested Entities [5], Demand for Trial by Jury [6], Certificate of Service [8],** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **Defendant SmithKline Beecham Corporation** should submit the **aforementioned documents,** in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there).

5  Do *not* e-file a document which has been previously filed on paper, as is the case with the above
6  mentioned filing. All subsequent papers should be e-filed.

8  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
9  become an ECF User and be assigned a user ID and password for access to the system upon designation
10 of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
11 must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
12 at ecf.cand.uscourts.gov.

13 Dated: June 11, 2008

   _____
   Jessie Mosley
   Deputy Clerk

2