1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Alan.Lazarus@dbr.com
5  Krista.Cosner@dbr.com

6  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE and McKESSON
   CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RANDY NABERS; LINDA NAQUIN; JIM D. NIECE; GENE OWEN; GENEVIEVE PADDIO; RAMON PAULSEN; TEDDY POTTS; RALPH PRIM; CYNTHIA REED; DAVID RIDENOUR; RICKEY L. ROBERTS; ROGER ROBINETT; DANNY ROBINSON; BILLY ROE; MARY ROE; EDWARD ROGERS; JAMES ROSE; PATRICIA A. RUSSELL; MARK RUTHERFORD; SHERMAN SEATON, <br><br>Plaintiffs, <br><br>v. <br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br>Defendants. | Case No. C-08-02661 SBA <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson) (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs' Amended Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiffs' Amended Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 13, 2008                         DRINKER BIDDLE & REATH LLP

*/S/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and
McKESSON CORPORATION

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

| | |
|---|---|
| Dated: June 13, 2008 | THE MILLER FIRM, LLLC |
| | |
| | */S/ David C. Andersen* |
| | DAVID C. ANDERSEN (Bar No. 194095) |
| | KRISTINA M. GIGSTAD |
| | Attorney for Plaintiffs |

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June __, 2008

_____
United States District Court, Northern District of California