IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NABERS; LINDA NAQUIN; JIM D. NIECE; GENE OWEN; GENEVIEVE PADDIO; RAMON PAULSEN; TEDDY POTTS; RALPH PRIM; CYNTHIA REED; DAVID RIDENOUR; RICKEY L. ROBERTS; ROGER ROBINETT; DANNY ROBINSON; BILLY ROE; MARY ROE; EDWARD ROGERS; JAMES ROSE; PATRICIA A. RUSSELL; MARK RUTHERFORD; SHERMAN SEATON,<br><br>        Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>        Defendants. | Case No. 08-02661 SBA<br><br>**ORDER** |

    The parties have notified the Court that this case is pending transfer to the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.). In light of the pending transfer, this matter is STAYED.

    IT IS SO ORDERED.

Dated: 6/16/08

SAUNDRA BROWN ARMSTRONG
United States District Judge