Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 7-10-08

ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                           MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

### SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
   ALS  1  08-268          Sharron Edwards, et al. SmithKline Beecham Corp.
   ALS  1  08-269          Linda Jones, et al. v. SmithKline Beecham Corp.
   ALS  1  08-270          Carolyn Knight v. SmithKline Beecham Corp.
   ALS  1  08-271          William Hanekamp, et al. v. SmithKline Beecham Corp.

CALIFORNIA CENTRAL
   CAC  2  08-3372         Lynel Dixon v. SmithKline Beecham Corp.
   CAC  2  08-3472         Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al.
   CAC  2  08-3474         Linda Baldwin v. SmithKline Beecham Corp., et al.

CALIFORNIA NORTHERN
   CAN  3  08-2659         Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2660         James King, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2661         Randy Nabers, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2662         Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2664         Kathryn Brown, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2665         Doris E. Secord, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2666         Allen Williams, et al. v. SmithKline Beecham Corp., et al.
   CAN  3  08-2667         David Compton, et al. v. SmithKline Beecham Corp., et al.
   CAN  4  08-2574         Rosena Perkins, et al. v. SmithKline Beecham Corp., et al.

KENTUCKY EASTERN
   KYE  5  08-217          Robert Yates, etc. v. SmithKline Beecham Corp.

KENTUCKY WESTERN
   KYW  3  08-279          Adam Troy Williams v. SmithKline Beecham Corp.

LOUISIANA EASTERN
   LAE  2  08-3496         Carolyn M. Gracia v. SmithKline Beecham Corp.
   LAE  2  08-3515         Donald Boman, Sr. v. SmithKline Beecham Corp.
   LAE  2  08-3516         Clarence Barra, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3517         Richard Woodford, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3518         Elbert Buckley, etc. v. SmithKline Beecham Corp.
   LAE  2  08-3519         Peggy Johnson, etc. v. SmithKline Beecham Corp.
   LAE  2  08-3520         Edward Fast, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3521         George H. Gurtner v. SmithKline Beecham Corp.
   LAE  2  08-3522         Allen LeBlue, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3523         Allen Fabre, Sr., et al. v. SmithKline Beecham Corp.
   LAE  2  08-3528         Preston Honor, et al. v. SmithKline Beecham Corp.
   LAE  2  08-3529         Ronald Plaisance, et al. v. SmithKline Beecham Corp.

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM  3  08-309 | Gerald Acosta v. SmithKline Beecham Corp. |
| LAM  3  08-312 | Robin Hasten, et al. v. SmithKline Beecham Corp. |
| **LOUISIANA WESTERN** | |
| LAW  2  08-709 | Lawrence Brown, et al. v. SmithKline Beecham Corp. |
| LAW  6  08-702 | Clara Touchet, etc. v. SmithKline Beecham Corp. |
| LAW  6  08-704 | Vergie Jones, etc. v. SmithKline Beecham Corp. |
| **MARYLAND** | |
| MD  1  08-1313 | Don Thomas v. SmithKline Beecham Corp. |
| **MINNESOTA** | |
| MN  0  08-1463 | Jimmie Thomas, et al. v. SmithKline Beecham Corp. |
| **NEW YORK WESTERN** | |
| ~~NYW  1  08-386~~ | ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~    Opposed 7/3/08 |
| **TENNESSEE MIDDLE** | |
| TNM  3  08-509 | Regald Swauncy v. SmithKline Beecham Corp. |
| **TEXAS NORTHERN** | |
| TXN  6  08-22 | Odis Sparks v. SmithKline Beecham Corp. |
| **TEXAS SOUTHERN** | |
| TXS  4  08-1559 | Jackie Chalmers v. SmithKline Beecham Corp. |
| TXS  4  08-1592 | Jacqueline Alsobrook v. SmithKline Beecham Corp. |
| TXS  4  08-1594 | Angela C. Trent v. SmithKline Beecham Corp. |
| TXS  4  08-1599 | Billy Carroll Tetleton v. SmithKline Beecham Corp. |
| TXS  4  08-1602 | Jacqueline Taylor v. SmithKline Beecham Corp. |
| TXS  4  08-1603 | Gerald Gifford v. SmithKline Beecham Corp. |
| TXS  4  08-1605 | Ernest Marvin Littleton v. SmithKline Beecham Corp. |
| TXS  4  08-1606 | Tom Kirk v. SmithKline Beecham Corp. |
| TXS  4  08-1608 | John T. Kiddy v. SmithKline Beecham Corp. |
| TXS  4  08-1609 | Tonia Honeycutt v. SmithKline Beecham Corp. |
| TXS  4  08-1610 | Joyce R. Grant v. SmithKline Beecham Corp. |
| TXS  4  08-1613 | John C. Hacker v. SmithKline Beecham Corp. |
| TXS  4  08-1614 | Ralph S. DeArmond v. SmithKline Beecham Corp. |
| TXS  4  08-1616 | Michael W. Bishop v. SmithKline Beecham Corp. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797



FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-20) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure