**FILED**

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 16, 2008

U.S. District Court, Eastern District of Pennsylvania
U.S. Court House
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 08-02661 SBA  Nabers-v-Robinett   7/23/08  Tom Dempsey

Dear Clerk,  08-3450

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒  Certified copy of docket entries.

☒  Certified copy of Transferral Order.

☒  Original case file documents.

☒  Please access PACER for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record