DONALD F. ZIMMER, JR. (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300
Email:  fzimmer@kslaw.com
            bbuonaiuto@kslaw.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION, d/b/a
GLAXOSMITHKLINE and McKESSON CORPORATION

**FILED**

MAR 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY NABERS; LINDA NAQUIN; JIM D. NIECE; GENE OWEN; GENEVIEVE PADDIO; KATHY PARCHMAN; RAMON PAULSEN; TEDDY POTTS; RALPH PRIM; CYNTHIA REED; DAVID RIDENOUR; RICKEY L. ROBERTS; ROGER ROBINETT; DANNY ROBINSON; BILLY ROE; MARY ROE; EDWARD ROGERS; JAMES ROSE; PATRICIA A. RUSSELL; MARK RUTHERFORD; SHERMAN SEATON,<br><br>        Plaintiffs,<br><br>        v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>        Defendants. | Case No. CV-08-02661-SBA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION |

1    TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2          Please take notice that defendants SMITHKLINE BEECHAM CORPORATION,

3    dba GLAXOSMITHKLINE and McKESSON CORPORATION (collectively

4    "Defendants") hereby substitute Donald F. Zimmer, Jr. and Brenda N. Buonaiuto of the

5    law firm of King & Spalding LLP as attorney of record in the place and stead of Alan J.

6    Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50

7    Fremont Street, 20th Floor, San Francisco, California, 94105.

8          Copies of all further notices, papers, pleadings, and orders filed or served upon

9    Defendants should be sent to the undersigned at:

10          Donald F. Zimmer, Jr.
            Brenda N. Buonaiuto
11          KING & SPALDING LLP
            Four Embarcadero Center
12          Suite 3500
            San Francisco, CA 94111
13          Telephone: (415) 318-1200
            Facsimile: (415) 318-1300
14          dzimmer@kslaw.com
            bbuonaiuto@kslaw.com
15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
                                          2

1    Defendants have been given proper notice pursuant to Civil Local rule 11-5 and

2    further consent to the above substitution.

3    DATED:  February_27, 2009          SMITHKLINE BEECHAM CORPORATION, DBA
                                        GLAXOSMITHKLINE AND MCKESSON
4                                       CORPORATION

5

6

7                                       By:    /s/ Beth Spanninger
                                               Beth Spanninger
8                                              Senior Counsel

9

10    I have given proper notice pursuant to Civil Local rule 11-5 and further consent to

11   the above substitution.

12   DATED:  February 27, 2009          DRINKER BIDDLE & REATH LLP

13

14                                      By:    /s/ Alan J. Lazarus
                                               Alan J. Lazarus
15                                             Krista L. Cosner

16    The undersigned hereby consent to this substitution and represent that they have

17   been duly admitted to practice in this District.

18   DATED:  February_27, 2009          KING & SPALDING LLP

19

20

21                                      By:    /s/ Donald F. Zimmer, Jr.
                                               Donald F. Zimmer, Jr.

22                                      Attorneys for Defendant
                                        SMITHKLINE BEECHAM CORPORATION, dba
23                                      GLAXOSMITHKLINE and McKESSON
                                        CORPORATION

24

25

26

27

28
                                          3

1    I hereby certify that Beth Spanninger and Alan Lazarus concur in the e-filing of

2  this document.

3  Dated: February 27, 2009

4

5                                                   /s/ Donald F. Zimmer, Jr.
                                                   Donald F. Zimmer, Jr.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1    The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Brenda

2    N. Buonaiuto of the law firm of King & Spalding LLP as counsel for Defendants in the

3    place and stead of Alan J. Lazarus and Krista L. Cosner of the law firm of Drinker Biddle

4    & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California, 94105.

5    Copies of all further notices, papers, pleadings, and orders filed or served upon

6    Defendants, should be sent to:

7
        Donald F. Zimmer, Jr.
8       Brenda N. Buonaiuto
        KING & SPALDING LLP
9       Four Embarcadero Center
        Suite 3500
10      San Francisco, CA 94111
        Telephone: (415) 318-1200
11      Facsimile: (415) 318-1300
        dzimmer@kslaw.com
12      bbuonaiuto@kslaw.com

13

14   Dated:  _3-13_____ , 2009          _____
15                                          Judge of the District Court

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    5
NOTICE OF SUBSTITUTION OF COUNSEL AND           Case No. CV-08-02661-SBA
[PROPOSED] ORDER APPROVING SUBSTITUTION